In the Matter of EYAL OVADIA et al., Appellants, v OFFICE OF THE INDUSTRIAL BOARD OF APPEALS et al., Respondents.

Submitted February 14, 2012; decided February 16, 2012

Reported below, 81 AD3d 457.

Motion by Mason Tenders' District Council of Greater New York & Long Island et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 19 copies filed within seven days.

SCOTT M. PANKOFF, Appellant, v LISA B. PANKOFF, Respondent.

Submitted December 12, 2011; decided February 16, 2012

Reported below, 84 AD3d 690.

Motion, insofar as it seeks leave to appeal from the Appellate Division order denying reargument or, in the alternative, leave to appeal to the Court of Appeals, dismissed upon the ground that such order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICKEY CASS, Appellant.

Submitted January 30, 2012; decided February 16, 2012

Reported below, 79 AD3d 768.

Motion for removal of assigned counsel and permission to proceed pro se on appeal denied. Motion to enlarge the record on appeal denied.